**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10078 |
| Plaintiff - Appellee, | D.C. No. 4:05-cr-01053-DCB |
| v. | |
| JUVENILE FEMALE, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

    Juvenile Female appeals from the sentence imposed following the revocation

of juvenile delinquent supervision. We have jurisdiction pursuant to 28 U.S.C.

§ 1291 and we affirm.

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

AK/Research

Juvenile Female contends that the district court erred by imposing a sentence contrary to the rehabilitative goals of the Federal Juvenile Delinquency Act. ("FJDA"). The record reflects that the district court adequately considered the relevant factors within the FJDA while accounting for the particularized rehabilitative needs of Juvenile Female, and imposed a sentence that was the least restrictive means to meet those needs. *Cf. United States v. Juvenile*, 347 F.3d 778, 787-90 (9th Cir. 2003).

**AFFIRMED.**